UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDISSA LOBO,

        Plaintiff,

  - against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.
------------------------------------------------------------------X

**JUDGMENT**
17-CV-1392 (RRM)

    A Memorandum and Order of the undersigned having been issued dated September 27, 2019, denying defendant's motion for judgment on the pleadings granting in part plaintiff's motion, it is hereby:

    ORDERED, ADJUDGED AND DECREED that this action is remanded to the Commissioner of Social Security for further proceedings.

                              SO ORDERED.

Dated: Brooklyn, New York
         September 27, 2019

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge